1 **BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
2 Kiley L. Grombacher, Esq. (SBN 245960)
3 Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
4 Westlake Village, California 91361
5 Telephone:  (805) 270-7100
Facsimile:   (805) 270-7589
6 mbradley@bradleygrombacher.com
7 kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com
8

9 Attorneys for Plaintiff JOSE ANGEL CRUZ,
Individually, and on behalf of other individuals similarly situated
10

11 **UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12 **WESTERN DIVISION**
13

| JOSE ANGEL CRUZ, individually and on behalf of other individuals similarly situated, | **CASE NO. CV 21-9225-TJH(SHKx)** *[Assigned to Hon. Terry J. Hatter, Jr.]* |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)** |
| BRINK'S INCORPORATED, a Delaware corporation; and DOES 1 through 10, inclusive, | *(Filed Concurrently with [Proposed] Order)* |
| Defendant. | |

1

REQUEST FOR DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)

JOSE ANGEL CRUZ ("Plaintiff"), individually and on behalf of others similarly situated, and Defendant BRINK'S INCORPORATED, a Delaware corporation, ("Defendant"), acting through his counsel of record, hereby stipulate to the dismissal of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: December 15, 2021                **BRADLEY/GROMBACHER, LLP**

By _/s/ Marcus Bradley_____
    Marcus J. Bradley, Esq.
    Kiley Lynn Grombacher, Esq.
    Lirit A. King, Esq.

    Attorneys for Plaintiff

DATED: December 15, 2021                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By _/s/ Jesse Ferrantella_____
    Spencer C. Skeen
    Tim L. Johnson
    Jesse C. Ferrantella
    Jennifer P. Suberlak

    Attorneys for Defendant