**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff JOSE ANGEL CRUZ,
Individually, and on behalf of other individuals similarly situated

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOSE ANGEL CRUZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRINK'S INCORPORATED, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | **CASE NO. CV 21-9225-TJH(SHKx)**<br>*[Assigned to Hon. Terry J. Hatter, Jr.]*<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DISMISSAL** **[JS-6]**<br><br>Complaint Filed: October 5, 2021<br>Removal: November 24, 2021 |

**ORDER**

Upon the stipulation of the parties to this action, Plaintiff, JOSE ANGEL CRUZ and the Defendant, Brink's Incorporated, by and through their respective attorneys of record, to dismissal of the action pursuant to F.R.C.P. §41(a)(1)(A)(ii), IT IS HEREBY ORDERED:

1. This action be dismissed without prejudice as to Plaintiff Jose Angel Cruz;
2. This action be dismissed without prejudice as to any putative class members; and
3. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: DECEMBER 16, 2021

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE